734 A.2d 1274

**CADBURY SCHWEPPES, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

Aug. 17, 1999.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of August, 1999, the Order of the Commonwealth Court is affirmed.